# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAPHAEL PASCAL OBIANG NDONG,
Appellant,
vs.
NANAE OBIANG NDONG,
Respondent.

No. 77083

FILED

JAN 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decree of divorce and order denying a motion for new trial and to amend findings of fact. Eighth Judicial District Court, Family Court Division, Clark County; Charles J. Hoskin, Judge.

On June 18, 2019, this court entered an order reinstating the briefing schedule in this appeal and directing appellant to file the opening brief or informal brief for pro se parties within 120 days. When appellant failed to file a brief, on November 8, 2019, this court entered a second order directing appellant to file the brief within 14 days. This court cautioned that failure to timely file the opening brief could result in dismissal of this appeal. NRAP 31(d). To date appellant has failed to file the opening brief or otherwise communicate with this court. Accordingly, it appears that appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-02143

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
Raphael Pascal Obiang Ndong
Law Offices of Louis C. Schneider, LLC
Eighth District Court Clerk